ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 21 2007

at __8__o'clock and _05_min. __A__ M
SUE BEITIA, CLERK

CARRIE K. S. OKINAGA, 5958
Corporation Counsel
GORDON D. NELSON, 1819
Deputy Corporation Counsel
City and County of Honolulu
Honolulu, Hawaii 96813
Telephone: (808) 523-4832
Facsimile: (808) 523-4583
Email: gnelson1@honolulu.gov

LODGE

MAR 16 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU,    ) | CIVIL NO. CV06-00318 ACK-BMK |
| ) | |
| ) | STIPULATED JUDGMENT |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | |
| ) | |
| JAMES A. WYSE and PACIFIC WASTE SERVICES, INC.,    ) | |
| ) | |
| Defendants.    ) | |
| _____ ) | |

STIPULATED JUDGMENT

The parties, acting by and through their respective attorneys herein,

having entered into a Stipulation for Entry of Judgment resolving all claims

asserted in this matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      Plaintiff shall recover from Defendants, jointly and severally, the amount of $730,971.11, together with interest in the amount of $104,012.47, for a total amount of $834,983.58 (the "Judgment Amount")

2.      Interest shall accrue on the Judgment Amount after the entry of the Judgment at the rate provided by law.

3.      Plaintiffs and Defendants shall each bear their own attorney's fees and costs incurred herein.

DATED:  Honolulu, Hawaii, _____MAR 2 0 2007_____.


_____
Judge    of the above-entitled Court


APPROVED AS TO FORM:

_____
GORDON D. NELSON
Deputy Corporation Counsel
Attorney for Plaintiff

_____
HOWARD T. CHANG
Attorney for Defendants


USDC CIVIL NO. CV06-00318 ACK-BMK, CITY AND COUNTY OF HONOLULU V. JAMES A.
WYSE AND PACIFIC WASTE SERVICES, INC. – Stipulated Judgment

JUDGMENT